United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYGHE JAMES MULLIN,<br>Plaintiff,<br>v.<br>COUNTY OF SAN MATEO PRIVATE DEFENDER PROGRAM (PDP) ADMINISTRATORS,<br>Defendant. | Case No. 26-cv-02640-AMO (PR)<br>**ORDER OF DISMISSAL WITHOUT PREJUDICE; AND TERMINATING AS MOOT ALL PENDING MOTIONS**<br>Re: Dkt. Nos. 2, 4 |

Plaintiff Tyghe James Mullin, representing himself, filed the present prisoner complaint under 42 U.S.C. § 1983. On May 26, 2026, mail the Court directed to Mullin was returned to the Clerk of the Court with a notation that it was undeliverable because Mullin was "not in custody." Dkt. 7 at 1. To date, Mullin has not updated his address with the Court nor submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11, a self-represented party whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss a self-represented action without prejudice when: (1) mail directed to the self-represented party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the self-represented party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Mullin by the Court was returned as undeliverable. The Court has not received a notice from Mullin of a new address. Accordingly, the complaint is **DISMISSED** without prejudice pursuant to Rule 3-11 of the

Northern District Local Rules. The Clerk shall terminate all pending motions as moot (dkts. 2, 4) and close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**